# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2015

150040

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

WILLIAM LYLES, JR.,
        Defendant-Appellee.

SC: 150040
COA: 315323
Wayne CC: 12-008021-FC

_____/

       On order of the Court, the application for leave to appeal the July 22, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall file supplemental briefs within 35 days of the date of this order addressing whether it is more probable than not that the failure to properly instruct the jury regarding evidence of the defendant's good character was outcome determinative. The parties should not submit mere restatements of their application papers.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2015



Clerk

h0203